B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Texas

In re  ASSIST-MED, INC.                              ,

              *Debtor*

Case No.  16-31624-H5-11

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  October

Date filed:  11/20/2016

Line of Business:  Provider Services

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

RUTH O. BRIGGS

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL INCOME** | $ | 516,055.95 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 29,665.65 |
| Cash on Hand at End of Month | $ | 224,139.79 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 224,139.79 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL EXPENSES** | $ | 425,171.78 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 516,055.95 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 425,171.78 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 90,884.17 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $    204,855.25

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $    294,056.03

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                            351

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                              340

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                       $      1,500.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                  $     28,300.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                             $      1,557.50

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                           $      7,621.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $   2,840,000.00 | $   2,709,237.40 | $   130,762.60 |
| EXPENSES | $   2,688,836.20 | $   2,581,056.78 | $   107,779.22 |
| CASH PROFIT | $   151,163.80 | $   128,180.62 | $   22,983.18 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $   500,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $   450,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $   50,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

**CASE NAME:** ASSIST-MED, INC.
**CASE NUMBER:** 16-31624-H5-11

**SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1**

## CASH RECEIPTS AND DISBURSEMENTS

| | MONTH April 2016 | MONTH May | MONTH June | MONTH August | MONTH September | MONTH October | Six Months To Date |
|---|---|---|---|---|---|---|---|
| **RECEIPTS:** | | | | | | | |
| 1 CASH-BEGINNING OF MONTH | $ 28,105.50 | $ 126,538.38 | $ 44,709.82 | $ 177,149.34 | $ 24,520.19 | $ 29,655.65 | $ 28,105.50 |
| 2 CASH SALES | 330,716.14 | 313,331.12 | 367,523.38 | 338,035.71 | 368,900.43 | 516,055.95 | 2,234,667.71 |
| 3 COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 LOANS & ADVANCES (attach list) | 0.00 | 25,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,500.00 |
| 5 SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL RECEIPTS**\*\* | $ 330,716.14 | $ 338,831.12 | $ 367,523.38 | $ 338,035.71 | $ 368,900.43 | $ 516,055.95 | $ 2,260,167.71 |
| Withdrawal/Contribution by Individual Debtor MFR-2\* | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7 NET PAYROLL | 254,453.07 | 256,790.05 | 298,388.27 | 297,398.78 | 316,259.36 | 306,924.65 | 1,730,202.18 |
| 8 PAYROLL TAXES PAID | 36,305.59 | 41,408.35 | 48,760.28 | 48,728.22 | 51,018.12 | 49,418.63 | 275,639.19 |
| 9 SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 SECURED/RENTAL/LEASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 UTILITIES & TELEPHONE | 6,008.31 | 3,896.82 | 1,661.34 | 1,892.47 | 2,220.60 | 6,250.00 | 21,919.54 |
| 12 INSURANCE | 3,250.00 | 3,195.00 | 4,161.81 | 4,432.56 | 3,611.80 | 3,611.81 | 22,262.98 |
| 13 INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 VEHICLE EXPENSES | 3,250.00 | 4,450.00 | 2,134.77 | 3,365.92 | 4,772.00 | 2,417.15 | 20,389.84 |
| 15 TRAVEL & ENTERTAINMENT | 450.00 | 297.69 | 0.00 | 0.00 | 80.00 | 0.00 | 827.69 |
| 16 REPAIRS, MAINTENANCE & SUPPLIES | 15,591.63 | 14,754.25 | 2,952.35 | 2,406.02 | 2,355.19 | 9,840.26 | 47,699.70 |
| 17 ADMINISTRATIVE & SELLING | 4,801.12 | 4,367.20 | 4,398.92 | 4,398.12 | 4,873.13 | 16,908.71 | 38,747.20 |
| 18 OTHER (attach list) | 7,550.00 | 6,450.00 | 533.49 | 6,719.40 | 4,771.49 | 20,500.57 | 46,524.95 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | $ 331,659.72 | $ 335,599.36 | $ 362,991.23 | $ 369,329.49 | $ 389,961.69 | $ 415,671.78 | $ 2,205,213.27 |
| 19 PROFESSIONAL FEES | 2,935.00 | 2,822.50 | | 3,012.50 | 1,500.00 | 3,000.00 | 13,370.00 |
| 20 U.S. TRUSTEE FEES | | | | 6,500.00 | 0.00 | 6,500.00 | 13,000.00 |
| 21 OTHER REORGANIZATION EXPENSES (attach list) | | | | | 0.00 | | |
| **TOTAL DISBURSEMENTS**\*\* | $ 334,594.72 | $ 338,521.86 | $ 362,991.23 | $ 384,819.08 | $ 391,461.69 | $ 425,171.78 | $ 2,237,560.36 |
| 22 NET CASH FLOW | (3,878.58) | 309.26 | 4,637.13 | (46,783.37) | (22,561.26) | 90,884.17 | 22,607.35 |
| 23 CASH - END OF MONTH (SMOR-2) | $ 22,226.92 | $ 126,847.64 | $ 49,346.75 | $ 130,365.97 | $ 1,958.93 | $ 120,549.82 | $ 48,712.85 |

SBMOR-Exhibit B-1

\* Applies to individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

*Revised 01/01/2014*

CASE NAME: ASSIST-MED, INC.

CASE NUMBER: 16-31624-H5-11

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION

### MONTH OF October 2016

| | WELLS FARGO | WELLS FARGO BANK | WELLS FARGO BANK | | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | | | | | |
| ACCOUNT NUMBER | #...5231 | #...7347 | #...877 TAX SAVINGS | 274281927 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | $ 5,118.08 | $ 4,733.23 | $ 18,871.84 | $ 23.49 | $ 28,746.64 |
| RECEIPTS | 0.00 | | | 516,055.95 | 516,055.95 |
| TRANSFERS BETWEEN ACCOUNTS | 310,883.28 | 269,328.55 | 180,093.24 | 0.00 | 759,305.07 |
| CHECKS/OTHER DISBURSEMENTS | 315,700.77 | 269,888.82 | 98,412.20 | 396,061.58 | 1,080,063.37 |
| ENDING BANK BALANCE | $ 300.59 | $ 3,172.96 | $ 100,552.88 | $ 120,017.86 | $ 224,044.29 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 300.59 | $ 3,172.96 | $ 100,552.88 | $ 120,017.86 | $ 224,044.29 |
| BEGINNING CASH - PER BOOKS* | $ 5,118.08 | $ 4,733.23 | $ 18,871.84 | $ 23.49 | $ 28,746.64 |
| RECEIPTS* | 0.00 | 0.00 | 0.00 | 516,055.95 | 516,055.95 |
| TRANSFERS BETWEEN ACCOUNTS | 310,883.28 | 269,328.55 | 180,093.24 | 0.00 | 759,305.07 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 315,700.77 | 269,888.82 | 98,412.20 | 396,061.58 | 1,080,063.37 |
| ENDING CASH - PER BOOKS* | $ 300.59 | $ 3,172.96 | $ 100,552.88 | $ 120,017.86 | $ 224,044.29 |

* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS
and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

SBMOR-Exhibit B-2

Revised 01/31/2014

# ASSIST– MED., INC.

# ACCOUNTS RECEIVABLE

# Outstanding balance as of

# October 31st. , 2016

| | |
|---|---|
| DADS | $145,140.56 |
| UNITEDHEALTHCARE | $  92,767.15 |
| MOLINA | $  27,727.02 |
| AMERIGROUP | $  28,421.30 |
| **TOTAL** | **$294,056.03** |

ASSIST-MED, INC.
BANK STATEMENT ITEMIZATION
October 31, 2016

| ACCOUNT NUMBER | BEGINNING | END OF MONTH |
|---|---|---|
| ███9577 | 18,871.84 | 100,552.88 |
| ███5231 | 5,118.08 | 300.59 |
| ███3367 | 4,733.23 | 3,172.96 |
| ███1627 | 23.49 | 120,017.86 |
| ███5597 | 919.01 | 95.50 |
| TOTAL | 29,665.65 | 224,139.79 |

550.00
100.00
55.22
6,500.00
3,611.81
1,500.00
3,140.25
350.00
150.00
3.12
32.36
422.00
1.60
200.00
597.65
644.00
79.50
100.00
1,250.00
115.00
503.76
475.00
1,061.00
2,627.92
250.00
750.00
164.76
1,522.25
103.00
750.00
1,500.00
396,061.58
425,171.78

# Business Market Rate Savings

Account number: ●●●●●9577  ▪  October 1, 2016 - October 31, 2016  ▪  Page 1 of 4



ASSIST-MED INC
DEBTOR IN POSSESSION
CH 11 CASE #16-31624(STX)
2000 S DAIRY ASHFORD RD STE 450
HOUSTON TX 77077-5728

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you  Visit wellsfargoworks.com/credit to find out more

Credit decisions subject to credit qualification

## Activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $18,871.84 |
| Deposits/Credits | 180,093.24 |
| Withdrawals/Debits | - 98,412.20 |
| **Ending balance on 10/31** | **$100,552.88** |
| Average ledger balance this period | $87,945.18 |

Account number: ●●●●●9577

**ASSIST-MED INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #16-31624(STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $2.24 |
| Average collected balance | $87,945.18 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $2.24 |
| Interest paid this year | $4.02 |

Account number: 9577 ▪ October 1, 2016 - October 31, 2016 ▪ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|---------------------|
| 10/3 | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibegj572Dx on 10/01/16 | 53,500.00 | | |
| 10/3 | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibev4D5947 on 10/03/16 | 18,000.00 | | |
| 10/3 | * Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibekf7Qysc on 10/03/16 | | 4,500.00 | 85,871.84 |
| 10/7 | * Overdraft Protection to 9335805231 | | 114.66 | |
| 10/7 | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibev4Fbf93 on 10/07/16 | 15,000.00 | | 100,757.18 |
| 10/14 | * Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibecm7Qj3D on 10/14/16 | | 40,000.00 | 60,757.18 |
| 10/17 | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Iber7Gs3C8 on 10/17/16 | 41,000.00 | | 101,757.18 |
| 10/18 | * Overdraft Protection to 9335805231 | | 127.54 | 101,629.64 |
| 10/24 | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibenbh5Df3 on 10/24/16 | 41.00 | | |
| 10/24 | * Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibegjd6Smj on 10/24/16 | | 23,670.00 | 78,000.64 |
| 10/26 | Online Transfer From Briggs R Savings xxxxxx3415 Ref #Ibecmc8Ywt on 10/26/16 | 17,500.00 | | 95,500.64 |
| 10/28 | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibecmctq3L on 10/28/16 | 4,050.00 | | 99,550.64 |
| 10/31 | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibe8Qbvqcj on 10/31/16 | 31,000.00 | | |
| 10/31 | * Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibegjfwnf8 on 10/31/16 | | 30,000.00 | |
| 10/31 | Interest Payment | 2.24 | | 100,552.88 |
| Ending balance on 10/31 | | | | 100,552.88 |
| **Totals** | | **$180,093.24** | **$98,412.20** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed*

\* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2016 - 10/31/2016 | Standard monthly service fee $6.00 | You paid $0.00 |
|------------------------------------|-----------------------------------|----------------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| Average collected balance | $500.00 | $67,945.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

 Account number: ████9577   ■   October 1, 2016 - October 31, 2016   ■   Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

It's important for you to have peace of mind.

We want to ensure you're comfortable with your accounts and have the tools you need to manage your money. We recommend you visit your local Wells Fargo bank location, or call the toll-free number that appears on this statement, to make sure you are satisfied with all your accounts and services.

We'll spend time understanding your financial needs and reviewing your accounts and options. We'll also help you close any accounts or discontinue services you do not recognize or want, and discuss the process that's been established to address any remaining concerns resulting from accounts and services opened on your behalf.

# Wells Fargo Simple Business Checking

Account number: ███████231 ■ October 12, 2016 - October 31, 2016 ■ Page 1 of 5

ASSIST-MED INC
DEBTOR IN POSSESSION
CH 11 CASE #16-31624(STX)
2000 S DAIRY ASHFORD RD STE 450
HOUSTON TX 77077-5728

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

Account number: ███████231
ASSIST-MED INC
DEBTOR IN POSSESSION
CH 11 CASE #16-31624(STX)
For Direct Deposit use
Routing Number (RTN): 111900659
For Wire Transfers use
Routing Number (RTN): 121000248

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Activity summary

| | |
|---|---|
| Beginning balance on 10/12 | 86,118.06 |
| Deposits/Credits | 316,863.28 |
| Withdrawals/Debits | - 319,730.77 |
| Ending balance on 10/31 | $395.38 |
|  | |
| Average ledger balance this period | $3,452.92 |

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- Savings - 000027021419377

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/12 | | Online Transfer From Assist-Med Inc Business Checking xxxxx2489 Ref #Bp#74#29W on 09/12/16 | 1,550.00 | | |
| 9/12 | 2598 | Check | | 808.94 | 6,493.33 |
| 9/13 | 2598 | Bill Pay Capital One VISA On-Line Xxxxxxxxxxx6197# on 09-13 | | 500.00 | |
| 9/13 | 2590 | Check | | 500.00 | |
| 9/13 | 2596 | Check | | 355.00 | |
| 9/13 | | Check | | 1,500.00 | |
| 9/13 | 2582 | Check | | 60.00 | 3,813.47 |
| 9/13 | 2593 | Deposited OR Cashed Check | | 255.21 | |
| 9/14 | 2600 | Check | | 3,511.81 | |
| 9/14 | | Overdraft Protection From 7821416877 | 343.01 | | |
| 9/14 | | Overdraft Transfer Fee | | 12.50 | 83.98 |
| 9/15 | | Online Transfer From Assist-Med Inc Business Checking xxxxx2489 Ref #Bpud#45317 on 09/15/16 | 1,000.00 | | |
| 9/13 | | Purchase authorized on 09/14 Heb Gas #851 Houston TX S306330081390XXXX Card 2580 | | 33.97 | |
| 9/15 | | Purchase authorized on 09/14 Heb Gas #851 Houston TX S306330081330XXX Card 2580 | | 31.99 | |
| 9/15 | | Bill Pay Equipower Corp xxxxx6169# on 09-15 | | 450.12 | 508.00 |
| 9/15 | | Purchase authorized on 09/17 Heb Gas #851 Houston TX S306361620500XXX Card 2580 | | 44.55 | 464.55 |
| 9/21 | 2607 | Check | | 90.00 | 374.55 |
| 9/22 | 2606 | Cashed Check | | 100.00 | 274.55 |
| 9/23 | 2604 | Cashed Check | | 90.00 | |
| 9/23 | 2605 | Cashed Check | | 80.00 | |
| 9/25 | 2603 | Check | | 100.00 | 94.55 |
| 9/26 | | Online Transfer From Assist-Med Inc Business Checking xxxxx3307 Ref #Bp#7YtP#o on 09/26/16 | 475.00 | | |
| 9/26 | 2609 | Check | | 200.00 | |
| 9/27 | | Online Transfer From Assist-Med Inc Business Checking xxxxx3307 Ref #Bp#rW729W on 09/26/16 | | 100.00 | 684.50 |
| 9/27 | 2600 | Check | | 140.40 | |
| 9/27 | | Online Transfer From Assist-Med Inc Business Checking xxxxx3367 Ref #Bpwxb1Wbn on 09/27/16 | 1,000.00 | | 3,013.30 |
| 9/28 | 2611 | Check | | 80.00 | |
| 9/29 | | Purchase authorized on 09/28 Ray Seyad Temple Houston TX S308273850840 Card 2580 | | 160.00 | |
| 9/29 | | American Express ACH Pmt 160929 504902 Ruth Briggs | | 2,000.00 | 937.90 |
| 9/30 | 2610 | Check | | 250.00 | 687.90 |
| 10/3 | | Gateway One Land Payment 160425 27 00053672ps# Assist-Med Inc | | 278.20 | 1,366.90 |
| 10/3 | | Online Transfer From Assist-Med Inc Business Checking xxxxx3307 Ref #Bpwbh5#4# on 09/29/16 | 2,000.00 | | |
| 10/3 | | Online Transfer To Assist-Med Inc Business Checking xxxxx5597 Ref #Bp#hPn7Q# on 09/26/16 | | 250.00 | |
| 10/3 | | Online Transfer To Assist-Med Inc Business Market Rate Savings xxxxx1677 Ref #Bp#Tb7DnS on 10/03/16 | 4,500.00 | | 4,560.00 |
| 10/3 | 2612 | Cashed Check | | 250.00 | |
| 10/4 | | American Express ACH Pmt 161003 506906 Ruth Briggs | | 4,505.00 | 4,691.00 |
| 10/4 | 2617 | Check | | 2,627.93 | |
| 10/4 | 2615 | Check | | 1,981.00 | 2,082.10 |
| 10/5 | 2613 | Check | | 475.90 | |
| 10/5 | 2615 | Check | | 503.76 | |
| 10/6 | 2616 | Check | | 115.00 | 12.84 |
| 10/6 | | Deposited OR Cashed Check | | | 12.84 |
| 10/6 | | Overdraft Protection From 7821416877 | 114.66 | | |
| 10/6 | | Overdraft Transfer Fee | | 12.50 | 0.00 |
| 10/7 | | Online Transfer From Assist-Med Inc Business Checking xxxxx6167 Ref #Bp#T7Q#C on 10/07/16 | 1,000.00 | 1,000.00 | 0.00 |



Account number: xxxxxxx7231   •   October 12, 2016 - October 31, 2016   •   Page 2 of 5

## Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/12 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx1627 Ref #Rog63Rp on 10/12/16 | | 540.00 | |
| 10/12 | 2630 | Bill Pay Consolidated Com on-Line xxxxx16160 on 10-12 | | 548.20 | |
| 10/12 | 2629 | Bill Pay Trustco Lighting on-Line xxxxx on 10-12 | | 620.20 | |
| 10/12 | 2628 | Bill Pay Owen Properties on-Line No Account Number on 10-12 | | 880.00 | |
| 10/12 | 2614 | Check | | 1,200.00 | |
| 10/13 | 2626 | Check | | 100.00 | 1,428.93 |
| 10/13 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Rwo6QNrMJ4 on 10/13/16 | 6,846.32 | | |
| 10/13 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx1627 Ref #Rwo7U8ib3 on 10/13/16 | | 140,000.00 | |
| 10/13 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx1627 | 140,000.00 | | |
| 10/13 | 2625 | Check | | 543.43 | |
| 10/13 | 2627 | Check | | 79.90 | 2,452.72 |
| 10/13 | 2620 | Check | | 144,000.00 | 145,000.00 |
| 10/14 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #RootQ5pt on 10/14/16 | 5,000.00 | | |
| 10/14 | | Bill Pay Visa Card No Account Number on 10-14 | | 938.94 | |
| 10/14 | 2634 | Deposited OR Cashed Check | | 644.00 | 8,046.94 |
| 10/14 | 2641 | Deposited OR Cashed Check | | 997.63 | |
| 10/17 | 2634 | Check | | 7,533.48 | |
| 10/17 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 | 2,096.28 | | |
| 10/17 | | Overdraft Protection From 7827419877 | 127.54 | | |
| 10/17 | | Overdraft Transfer Fee | | 12.50 | 29.87 |
| 10/18 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #RoogBrhp on 10/18/16 | 7,533.48 | | 7,333.48 |
| 10/18 | | Purchase authorized on 10/17 Feg #531 Houston TX S4638183724455 Card 2850 | | | |
| 10/18 | 2623 | Cashed Check | | 200.00 | |
| 10/18 | 2650 | Check | | 1.60 | |
| 10/18 | 2631 | Check | | 422.00 | 7,333.48 |
| 10/18 | 2653 | Check | | 32.38 | 8,677.50 |
| 10/19 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 | 9,000.00 | | |
| 10/19 | | Purchase authorized on 10/17 Feg #531 Houston TX | | | |
| 10/20 | 2626 | Check | | 3.12 | |
| 10/20 | 2622 | Check | | 150.00 | |
| 10/20 | 2543 | Check | | 380.00 | 14,374.38 |
| 10/21 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #BspnckpgHf on 10/24/16 | 130.00 | | |
| 10/24 | 2533 | Deposited OR Cashed Check | | 3,140.25 | 12,164.13 |
| 10/24 | | Purchase authorized on 10/19 Wal Hou Intl Houston TX P00000000045037244 Card 2850 | | 18.41 | |
| 10/25 | 2636 | Check | | 1,000.00 | |
| 10/25 | 2629 | Check | | 3,511.81 | |
| 10/25 | 2630 | Check | | 8,600.00 | |
| 10/25 | 2637 | Check | | 53.22 | 478.49 |
| 10/28 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #RowbLqsFf on 10/28/16 | 550.00 | | |
| 10/28 | 2639 | Check | | 100.00 | |
| 10/28 | | Purchase authorized on 10/25 A N R Cleen Car Wa Houston TX S3X000090745862 Card 2850 | | 20.45 | 926.46 |
| 10/27 | | Purchase authorized on 10/25 ET Kingsway Bakery Houston TX S586000033596611 Card 2850 | | 18.45 | 895.59 |
| 10/28 | 2636 | Check | | | |
| 10/31 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #RocxZx9tL ot on 10/31/16 | 140,000.00 | 550.00 | 336.59 |



Account number: ‗‗‗‗231  •  October 12, 2016 - October 31, 2016  •  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Purchase authorized on 10/31 Heb #551 Houston TX P00000000834451562 Card 2830 | | 202.63 | |
| 10/31 | 284 C | Check | | 140,000.00 | 202.83 |
| **Ending balance on 10/31** | | | | | 202.83 |
| **Totals** | | | $316,383.28 | $716,708.77 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2563 | 10/31 | 300.00 | 2627 | 10/13 | 145,000.00 | 2634 | 10/17 | 7,531.48 |
| 2814 * | 10/12 | 100.00 | 2628 | 10/23 | 3,511.81 | 2635 | 10/26 | 6,500.00 |
| 2820 * | 10/13 | 75.50 | 2629 | 10/21 | 3.12 | 2636 | 10/26 | 1,500.90 |
| 2821 | 10/17 | 897.65 | 2630 | 10/14 | 1.98 | 2637 | 10/13 | 53.22 |
| 2822 | 10/21 | 150.00 | 2631 | 10/25 | 422.06 | 2638 | 10/24 | 550.00 |
| 2823 | 10/13 | 200.00 | 2632 | 10/24 | 3,140.25 | 2639 | 10/24 | 100.00 |
| 2824 * | 10/14 | 644.00 | 2633 | 10/26 | 32.36 | 2640 | 10/31 | 140,000.00 |
| 2626 * | 10/12 | 1,250.00 | | | | | | |

* Gap in check sequence

## Monthly service fee summary

For a complete list of fees and applied account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/12/2016 - 10/31/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | | Minimum required |
| Have any ONE of the following account requirements | | This fee period |
| Average ledger balance | $500.00 | $616,626.00 ☑ |
| C-C | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess unit ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0000 | 0.00 |
| Transactions | 22 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | $0.00 |

Sheet Seq = 0077844
Seas 00302 of 00303

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/startlist=1478023840...

## Check Details

| | |
|---|---|
| Check Number | 2642 |
| Date Posted | 10/31/16 |
| Check Amount | $140,000.00 |



Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?a=147802840...

(WELLS FARGO)

## Check Details

| | |
|---|---|
| Check Number | 2638 |
| Date Posted | 10/26/16 |
| Check Amount | $350.00 |



ASSIST-MED INC
DEBTOR-IN-POSSESSION
HOUSTON, TX 77017-1283

2638

DATE _10 - 25 - 16_

Pay To the order of _____

Five hundred fifty 00/100 _____ $ 650 =

DOLLARS

CAPITAL ONE, N.A.
1680 CAPITAL ONE DR.
RICHMOND, VA 046 22

*Note
The account number, signature, and endorsement are removed from the image(s) for security reason.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Equal Housing Lender

1 of 1

11/1/2016 2:45 PM

## Check Details

| | |
|---|---|
| Check Number | 2639 |
| Date Posted | 10/24/16 |
| Check Amount | $100.00 |



ASSIST-MED INC
DEBTOR IN POSSESSION
KINGWOOD TX 77339-2934

DATE  10-26-16

PAY TO THE ORDER OF  Freddi Bridges

One hundred ___ and 00/100 ___ DOLLARS

$ 100.00

marketing freelance

2639

*Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Equal Housing Lender

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?br=14781F2840...

## Check Details

| | |
|---|---|
| Check Number | 3637 |
| Date Posted | 10/12/16 |
| Check Amount | $53.22 |



PAY TO : VERIFIED ELECTRONIC

WELLS FARGO BANK, NA

ENDO : 113116

Account No.
Serial No.            143276363
Reference No.        1040141
Navitaon, No.       299619100041389259002

*Note

The account number, signature, and endorsement are removed from the image(s) for security reason.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Equal Housing Lender

## Check Details

| | |
|---|---|
| Check Number | 2635 |
| Date Posted | 10/25/16 |
| Check Amount | $6,500.00 |



Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?je=147802840...

WELLS FARGO

## Check Details

| | |
|---|---|
| Check Number | 2828 |
| Date Posted | 10/25/16 |
| Check Amount | $3,611.81 |



Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?sn=1478028040...

## Check Details

WELLS FARGO

| | |
|---|---|
| Check Number | 2636 |
| Date Posted | 10/25/16 |
| Check Amount | $1,500.00 |



*Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Equal Housing Lender

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?SAMLart=AAQ...

Check Details

Check Number
Date Posted
Check Amount



Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?SAM!art=AAQ...

1 of 1

10/24/2016 7:20 PM

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?SAMLart=AAQ...

WELLS FARGO

## Check Details

| | |
|---|---|
| Check Number | 2822 |
| Date Posted | 10/21/16 |
| Check Amount | $150.00 |

ASSIST-MED INC.
DEBTOR IN POSSESSION
HOUSTON, TX 77077-6798

2822

PAY
TO THE
ORDER OF

DATE 10-21-16

One Trihudred Fifty

$ 150—

DOLLARS

*Note:

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Equal Housing Lender

Begin



Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?SAMLart=AAQ...

1 of 1

10/25/2016 4:19 PM

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?SAMLart=AAQ...

## Check Details

Check Number: 2631
Date Posted: 10/20/16
Check Amount: $422.00



# WELLS FARGO

Wells Fargo

## Check Details

| | |
|---|---|
| **Check Number** | 2630 |
| **Date Posted** | 10/19/16 |
| **Check Amount** | $1.60 |

**ASSIST-MED INC**
**DEBTOR IN POSSESSION**
HOUSTON, TX 77011-4356

2630

DATE 10/3/16

$ 1 - 60

DOLLARS

**\*Note**

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a
week.

@ Equal Housing Lender

10/22/2016

Wells Fargo

# WELLS FARGO

## Check Details

| Check Number | 2623 |
| --- | --- |
| Date Posted | 10/19/16 |
| Check Amount | $200.00 |



ABELIST-MED INC
DEBTOR IN POSSESSION
HOUSTON, TX 77077-5729

BREANNA CASLER
$200 °⁰

10/18/16

2623

DOLLARS

**\*Note**

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

☺ Equal Housing Lender

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?sn=147683095...

WELLS FARGO

**Check Details**

ABBST-MED INC
DEBTOR IN POSSESSION
HOUSTON, TX 77019-4612

2634

DATE 10 -17 -16

Capital One, N.A. Richmond VA 085000090

CAPITAL ONE, NA
0009482636
RICHMOND, VA 18323
Deposit      342818716

10/17/2016

**Notes:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a
week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?sn=1471683095...

WELLS FARGO

## Check Details



ABBOTT-MED INC
DISTRIBUTION ACCOUNT

2021

PAY TO THE ORDER OF   Alfa Collision Corp'

Five hundred ninety seven 67/100   DOLLARS

DATE 10—18—16

$ 597.67

**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a
week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?a=I47I4631095...

## WELLS FARGO

### Check Details



ABEGT-MED INC
DEBTOR IN POSSESSION
XXX-XX-XXXX
FLORIDA US 33706

2624

DATE 10-12-12

Affordable low cost Insur        $ 644 =

Six hundred fourty four
087/100                          DOLLARS

**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?s=147683095...

WELLS FARGO

## Check Details





>065000000<
006618672        10132016
RICHMOND, VA 114 22
Deposit    362816972

CAPITAL ONE, NA

**Notes:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?sid=1476839593...

1 of 1

10/18/2016 6:07 PM

## WELLS FARGO

## Check Details



10/10/2016  <OPROD>  04164  044  132  0805347

ASSET-MED INC
DEBTOR IN POSSESSION
HOUSTON, TX 77019

2620

DATE  10/3/16

License # CBSS 347

Mike Sullivan

SEVENTY — NINE and 250/100  $ 79.50  DOLLARS

Harris County Tax Assessor-Coll.

**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a
week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?a=1476831095...

WELLS FARGO

## Check Details



ASSIST-MED INC
DEBTOR IN POSSESSION
HOUSTON, TX 77077-5769

2814

One Hundred and 00/100

$ 100.00



>313187646<
10/12/2016 0049

**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a
week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?sa=1471683995...

10/18/2016 6:07 PM

1 of 1

## Check Details



**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-5557), 24 hours, 7 days a week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?s=-147682095...

WELLS FARGO

## Check Details

ASSIST-MED INC
DEBTOR-IN-POSSESSION
POLITICAL & TEST WEB

2616

DATE __9__/__2s__/__16__

One hundred fifteen and 05/100 DOLLARS

**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons. To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

WELLS FARGO

## Check Details



ASSET-MED INC
DEBTOR IN POSSESSION
HOUSTON TX 77071-5176

2919

DATE  10 - 3 - 16

PAY TO THE ORDER OF   _____ INSURANCE Group _____  $ 503.76

FIVE HUNDRED  ___ and 76  ___ DOLLARS

Insurance Group Office

Policy # EA512043987

**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons. To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?SAMLart=AA...

WELLS FARGO

## Check Details



ABBISI-MED INC
DEUTORIAL PROFESSION
MARTIN, ID 7857-649

2813

DATE  10-5-16

PAY
TO THE

Tx   BTTE  Hsbd

Four  hundred  seventy  five  50/100 -------  $ 475.50

DOLLARS

First  Presbyterian  Bank

CAPITAL ONE, NA
ARCHMOND, VA 183 12
RICHMOND, VA 183 12
Deposit

Note: The account number, signature, and endorsement are removed from the image(s) for security reasons. To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start/SAMI.arr=AA...

WELLS FARGO

## Check Details

ASSET-HID INC
DBE/TON ACQUISITION
DBE/TON ACQUISITION
HUMBLE TX 77073 HC

2815

SHEARN MOODY

DATE 9/30/16

One Thousand Six $\_$ — One $\_\_\_$ DOLLARS

$1,061.00

10369200100000   10-04-20
Moody National Bank
819850291110Galveston, TX >11310009

**Notes:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

10/11/2016 12:16 PM

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/start?SAMLart=AA...

WELLS FARGO

## Check Details



Note: The account number, signature, and endorsement are removed from the image(s) for security reasons. To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

## WELLS FARGO

## Check Details



**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons. To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

# Wells Fargo Simple Business Checking

Account number: ███████3367  ▪  September 24, 2016 - October 25, 2016  ▪  Page 1 of 5



ASSIST-MED INC
DEBTOR IN POSSESSION
CH 11 CASE #16-31624(STX)
2000 S DAIRY ASHFORD RD STE 450
HOUSTON TX 77077-5728

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/24 | $4,733.23 |
| Deposits/Credits | 268,328.55 |
| Withdrawals/Debits | - 269,888.82 |
| **Ending balance on 10/25** | **$3,172.96** |
| Average ledger balance this period | $7,210.21 |

Account number: ███████3367

**ASSIST-MED INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #16-31624(STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████3367 ▪ September 24, 2016 - October 25, 2016 ▪ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|-------------------|--------------------|---------------------|
| 9/26 | | Deposit Made In A Branch/Store | 8,500.00 | | |
| 9/26 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe8PY5Pxz on 09/23/16 | | 470.00 | |
| 9/26 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibe5Sx7H6P on 09/26/16 | | 250.00 | |
| 9/26 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibecrn273RV on 09/26/16 | | 200.00 | |
| 9/26 | | Txworkforcecomm Debit 160923 (512)463-2325 Twc-020882182 | | 2,736.38 | |
| 9/26 | 4563 | Check | | 37.50 | |
| 9/26 | 4566 | Check | | 75.00 | |
| 9/26 | 4562 | Check | | 88.92 | |
| 9/26 | 4560 | Check | | 131.90 | |
| 9/26 | 4561 | Check | | 132.50 | |
| 9/26 | 4565 | Check | | 176.50 | |
| 9/26 | 4564 | Check | | 180.00 | |
| 9/26 | 4559 | Check | | 150.00 | |
| 9/26 | 4567 | Check | | 387.74 | 6,216.81 |
| 9/27 | | Deposit Made In A Branch/Store | 28,000.00 | | |
| 9/27 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibe5Sxhnhf on 09/27/16 | | 6,000.00 | |
| 9/27 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibev49Wkhv on 09/27/16 | | 1,000.00 | |
| 9/27 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibe5Sxhnrl on 09/27/16 | | 580.00 | 28,636.81 |
| 9/28 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibenb73Ccd on 09/28/16 | 21,900.00 | | |
| 9/28 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibe8Pz3Zrg on 09/28/16 | | 12,500.00 | |
| 9/28 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibev4B3Ng7 on 09/28/16 | | 688.88 | |
| 9/28 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibekf5R59F on 09/28/16 | | 2,000.00 | 35,347.93 |
| 9/29 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibexzd2Gx2 on 09/29/16 | 33,950.00 | | |
| 9/29 | 4588 | Check | | 3,766.78 | 65,531.15 |
| 9/30 | | Transfer IN Branch/Store - From Assist-Med Inc DDA xxxxxx9577 11815 Westheimer Rd Houston TX | 81,181.40 | | |
| 9/30 | | Wire Trans Svc Charge - Sequence: 160930253727 Srf# 0006833274360281 Trn#160930253727 Rfb# | | 30.00 | |
| 9/30 | | WT Fed#00140 Capital One, NA /Ftr/Bnf=Fred Okunns Corps Srf# 0006833274360281 Trn#160930253727 Rfb# | | 148,181.40 | 501.15 |
| 10/3 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibekf7Pfcb on 10/03/16 | 797.13 | | |
| 10/3 | 4393 | Check | | 1,500.00 | -201.72 |
| 10/4 | | Overdraft Fee for a Transaction Posted on 10/03 $1,500.00 Check # 04393 | | 35.00 | |
| 10/4 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibekf7Wk56 on 10/04/16 | 1,600.00 | | 1,363.28 |
| 10/5 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Iber7Cqjtn on 10/05/16 | 690.12 | | |
| 10/5 | 4392 | Check | | 750.00 | 1,303.40 |
| 10/14 | | Online Transfer From Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibecm7Qj3D on 10/14/16 | 40,000.00 | | |
| 10/14 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibekfbpxwz on 10/14/16 | 1,376.68 | | |
| 10/14 | | IRS Usataxpymt 101416 270688853529790 Assist-Med Inc | | 516.24 | |
| 10/14 | | IRS Usataxpymt 101416 270688885700721 Assist-Med Inc | | 37,748.82 | 4,417.02 |
| 10/17 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibekfcsnyn on 10/17/16 | 7,533.46 | | |
| 10/17 | | Txworkforcecomm Debit 161014 (512)463-2325 Twc-020882182 | | 2,366.55 | |

Account number: ▓▓▓▓▓8367  ▪ September 24, 2016 - October 25, 2016  ▪ Page 3 of 5



WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/17 | 4570 | Check | | 103.00 | 9,480.83 |
| 10/18 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibenbflnmb on 10/18/16 | 500.00 | | |
| 10/18 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibegjjbhfrp on 10/18/16 | | 7,533.46 | |
| 10/18 | 4571 | Check | | 1,522.25 | 925.22 |
| 10/20 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibenbg68B6 on 10/20/16 | 164.76 | | |
| 10/20 | 4579 | Check | | 164.76 | 925.22 |
| 10/21 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibekff3Xdr on 10/21/16 | 215.00 | | |
| 10/21 | 4395 | Check | | 750.00 | |
| 10/21 | 4573 | Check | | 135.97 | |
| 10/21 | 4575 | Check | | 37.50 | |
| 10/21 | 4578 | Check | | 75.00 | |
| 10/21 | 4574 | Check | | 132.50 | |
| 10/21 | 4577 | Check | | 176.50 | |
| 10/21 | 4576 | Check | | 180.00 | -347.25 |
| 10/24 | | Overdraft Fee for a Transaction Posted on 10/21 $176.50 Check # 04577 | | 35.00 | |
| 10/24 | | Overdraft Fee for a Transaction Posted on 10/21 $180.00 Check # 04576 | | 35.00 | |
| 10/24 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibe577Mvrv on 10/24/16 | 750.00 | | |
| 10/24 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibenbh5Cs3 on 10/24/16 | 17,500.00 | | |
| 10/24 | | Online Transfer From Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibegjd6Smj on 10/24/16 | 23,670.00 | | |
| 10/24 | 4572 | Check | | 9.80 | 41,493.15 |
| 10/25 | | IRS Usataxpymt 102516 270689900295838 Assist-Med Inc | | 491.82 | |
| 10/25 | | IRS Usataxpymt 102516 270689900353642 Assist-Med Inc | | 37,828.57 | 3,172.96 |
| Ending balance on 10/25 | | | | | 3,172.96 |
| Totals | | | $268,328.55 | $269,888.82 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted  If you had insufficient available funds when a transaction posted, fees may have been assessed*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4392 | 10/5 | 750.00 | 4564 | 9/28 | 180.00 | 4573 | 10/21 | 135.97 |
| 4393 | 10/3 | 1,500.00 | 4565 | 9/28 | 176.50 | 4574 | 10/21 | 132.50 |
| 4395 * | 10/21 | 750.00 | 4566 | 9/28 | 75.00 | 4575 | 10/21 | 37.50 |
| 4559 * | 9/28 | 150.00 | 4567 | 9/28 | 387.74 | 4576 | 10/21 | 180.00 |
| 4560 | 9/28 | 131.90 | 4568 | 9/29 | 3,766.78 | 4577 | 10/21 | 176.50 |
| 4561 | 9/28 | 132.50 | 4570 * | 10/17 | 103.00 | 4578 | 10/21 | 75.00 |
| 4562 | 9/28 | 88.92 | 4571 | 10/18 | 1,522.25 | 4579 | 10/20 | 164.76 |
| 4563 | 9/28 | 37.50 | 4572 | 10/24 | 9.60 | | | |

\* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

Account number:  ███████3367  ▪ October 26, 2016 - October 31, 2016  ▪ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/26 | | Txworkforcecomm Debit 181025 (512)463-2325 Twc-020882182 | | 2,289.70 | 883.26 |
| 10/31 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1627 Ref #Ibekfhfxgk on 10/31/16 | 120,000.00 | | |
| 10/31 | | Online Transfer From Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibegjfwnf8 on 10/31/16 | 30,000.00 | | |
| 10/31 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe2x86Lvz on 10/31/16 | | 140,000.00 | 10,883.26 |
| **Ending balance on 10/31** | | | | | 10,883.26 |
| **Totals** | | | **$150,000.00** | **$142,289.70** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/26/2016 - 10/31/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $2,550.00 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

It's important for you to have peace of mind.

We want to ensure you're comfortable with your accounts and have the tools you need to manage your money. We recommend you visit your local Wells Fargo bank location, or call the toll-free number that appears on this statement, to make sure you are satisfied with all your accounts and services.

We'll spend time understanding your financial needs and reviewing your accounts and options. We'll also help you close any accounts or discontinue services you do not recognize or want, and discuss the process that's been established to address any remaining concerns resulting from accounts and services opened on your behalf.

Account number: ▉▉▉▉3367 ▪ September 24, 2016 - October 25, 2016 ▪ Page 4 of 5



## Monthly service fee summary (continued)

| Fee period 09/24/2016 - 10/25/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $7,210.00 ☑ |
| CI\CI | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 34 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

It's important for you to have peace of mind.

We want to ensure you're comfortable with your accounts and have the tools you need to manage your money. We recommend you visit your local Wells Fargo bank location, or call the toll-free number that appears on this statement, to make sure you are satisfied with all your accounts and services.

We'll spend time understanding your financial needs and reviewing your accounts and options. We'll also help you close any accounts or discontinue services you do not recognize or want, and discuss the process that's been established to address any remaining concerns resulting from accounts and services opened on your behalf.

## WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 4572 |
| **Date Posted** | 10/24/16 |
| **Check Amount** | $9.60 |





*Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

☎ Equal Housing Lender

## Check Details

| | |
|---|---|
| **Check Number** | 4576 |
| **Date Posted** | 10/21/16 |
| **Check Amount** | $180.00 |



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
H1000558

4576

Check date:  10/03/16

Pay to the order of: TX CS DU - OFFICE OF ATTY GEN38           $         180.00

**One Hundred Eighty And 00/100 Dollars**

TX CS DU - OFFICE OF ATTY GEN38
P.O. BOX 659791
SAN ANTONIO, TX 78265-9791

Memo:
SAMUEL DUROCHER REMIT ID 0012644382201174373



## *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender



## WELLS FARGO

## Check Details

| Check Number | 4577 |
| Date Posted | 10/21/16 |
| Check Amount | $176.50 |



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
11180000

4577

Check date:   10/03/16

Pay to the order of: TX CS DU - OFFICE OF ATTY GEN4                    $ ****176.50

**One Hundred Seventy-Six And 50/100 Dollars***********************************

TX CS DU - OFFICE OF ATTY GEN4
P.O. BOX 659791
San Antonio, TX 78265-9791

Memo:
Cause # 324-488561 - Otis August



10/21/1566:10 on fca. mym4000.M31. 16  1 ussairmetrau3 ahly

## *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender



## WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 4574 |
| **Date Posted** | 10/21/16 |
| **Check Amount** | $132.50 |



ABSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
111900659

4574

Check date: 10/03/16

Pay to the order of: TX CS DU - OFFICE OF ATTY GEN20

$ **********132.50

**One Hundred Thirty-Two And 50/100 Dollars***************************************

TX CS DU - OFFICE OF ATTY GEN20
P.O. BOX 659791
San Antonio, TX 78265-9791

Memo:
JONATHAN W. WAGES 001235126591012135761



\*Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender

## Check Details

| | |
|---|---|
| **Check Number** | 4578 |
| **Date Posted** | 10/21/16 |
| **Check Amount** | $75.00 |



## *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender



## Check Details

| | |
|---|---|
| **Check Number** | 4575 |
| **Date Posted** | 10/21/16 |
| **Check Amount** | $37.50 |



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
11-000000

4575

Check date: 10/03/16

Pay to the order of: TX CS DU - OFFICE OF ATTY GEN36    $ **********37.50

**Thirty-Seven And 50/100 Dollars***

TX CS DU - OFFICE OF ATTY GEN36
P.O. BOX 659791
SAN ANTONIO, TX 78265-9791

Memo:
REMIT ID:0009678777303PD0809 DAVID WILLIAMS JR

10/21/16 11:0 ...

### *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender

1 of 1                                               10/25/2016 4:14 PM



## Check Details

| | |
|---|---|
| **Check Number** | 4573 |
| **Date Posted** | 10/21/16 |
| **Check Amount** | $135.97 |



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 480
HOUSTON, TX 77077

WELLS FARGO BANK

Check date: 10/03/16

Pay to the order of: TX CS DU - OFFICE OF ATTY GEN1                $ *********135.97

**One Hundred Thirty-Five And 97/100 Dollars***********

TX CS DU - OFFICE OF ATTY GEN1
P.O. BOX 659791
San Antonio, TX 78265-9791

Memo:
Lavor Johnson  Remit ID: 00112663090600909333



10/21/1405 :12Pm fca. Rayss49002x11  L7  L  TX0001 dbMP4d3TBHlV

## *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender

WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 4395 |
| **Date Posted** | 10/21/16 |
| **Check Amount** | $750.00 |



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
11180083P

4395

Check date:   10/17/16

Pay to the order of:  KENNETH ODIKE                                    $  *********750.00

**Seven Hundred Fifty And 00/100 Dollars***************************************************

KENNETH ODIKE
2626 S. LOOP WEST, SUITE 309
Houston, TX 77054

\*Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender

## WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 4579 |
| **Date Posted** | 10/20/16 |
| **Check Amount** | $164.76 |

---

ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
111000689

4579

Check date:    10/20/16

Pay to the order of: FRED O'KUNNS CORP

$    ********164.76

**One Hundred Sixty-Four And 76/100 Dollars****************************************

FRED O'KUNNS CORP
7457 HARWIN DR. STE. 123
Houston, TX 77036

Memo:
Late Payroll 10/17/16

---

>065000090<
CAPITAL ONE, NA
0082553796        10202016
RICHMOND, VA 111 22
Deposit        3628168732

---

## *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 4571 |
| **Date Posted** | 10/18/16 |
| **Check Amount** | $1,522.25 |





## *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

⌂ Equal Housing Lender

## WELLS FARGO

## Check Details



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
11100089

4570

Check date:   10/17/16

Pay to the order of: FRED O'KUNNS CORP                                $ **********103.00

**One Hundred Three And 00/100 Dollars***********************************

FRED O'KUNNS CORP
7487 HARWIN DR. STE. 123
Houston, TX 77036

Memo:
Payroll 10/17/16



>065000090<
CAPITAL ONE, NA
0033102808      10172016
RICHMOND, VA 128 22
Deposit      3628168732

**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a
week.

# WELLS FARGO

## Check Details



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 450
HOUSTON, TX 77077

WELLS FARGO BANK
111900000

4392

Check date:    10/03/16

Pay to the order of:  KENNETH ODIKE                                    $  **********750.00

**Seven Hundred Fifty And 00/100 Dollars**

KENNETH ODIKE
2626 S. LOOP WEST, SUITE 309
Houston, TX 77054

VOID AFTER 90 DAYS



**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a
week.

# WELLS FARGO

## Check Details



ASSIST-MED, INC.
2000 S. DAIRY ASHFORD, SUITE 460
HOUSTON, TX 77077

WELLS FARGO BANK
1119005840

4393

Check date: 10/08/16

Pay to the order of: FABIAH BRIGGS          $ ********1,500.00

**One Thousand Five Hundred And 00/100 Dollars**

FABIAH BRIGGS
2306 ROSEMARY PARK LN
Houston, TX 77082



**Note:** The account number, signature, and endorsement are removed from the image(s) for security reasons. To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days a week.

# Wells Fargo Simple Business Checking

Account number: ▮▮▮▮1627   ▪   September 29, 2016 - October 28, 2016   ▪   Page 1 of 7



ASSIST-MED INC
DEBTOR IN POSSESSION
CH 11 CASE #16-31624(STX)
2000 S DAIRY ASHFORD RD STE 450
HOUSTON TX 77077-5728

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/29 | $23.49 |
| Deposits/Credits | 516,055.95 |
| Withdrawals/Debits | - 396,061.56 |
| **Ending balance on 10/28** | **$120,017.88** |
| Average ledger balance this period | $27,659.93 |

Account number: ▮▮▮▮1627

**ASSIST-MED INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #16-31624(STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: 1627 ▪ September 29, 2016 - October 28, 2016 ▪ Page 2 of 7



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|--------------------|---------------------|
| 9/29 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3784555*1201494502\ | 486.02 | | |
| 9/29 | | Amerigroup Corpo Hcclaimpmt 160927 016092711300043 Tm*1*016092711300043*1752603231\ | 727.05 | | |
| 9/29 | | Amerigroup Corpo Hcclaimpmt 160927 016092711600134 Tm*1*016092711600134*1752603231\ | 2,490.04 | | |
| 9/29 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3782869*1201494502\ | 9,423.57 | | |
| 9/29 | | Health Human Svc Inv-Paymts 17606652802000 169\Ge~1~0\ea~1~000000001\ | 21,842.15 | | |
| 9/29 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibe5Sy38Tj on 09/29/16 | | 1,000.00 | |
| 9/29 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3387 Ref #Ibexzd2Gx2 on 09/29/16 | | 33,950.00 | 42.32 |
| 9/30 | | Uhc Community Pl Dir Dep xxxxxx5280 Tm*1*2016092816600696*1912008381*0000Tex01\ | 433.20 | | |
| 9/30 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3786117*1201494502\ | 8,519.60 | | |
| 9/30 | | Health Human Svc Inv-Paymts 17606652802000 269\Ge~1~0\ea~1~000000001\ | 45,235.39 | | |
| 9/30 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibecm3Jvfj on 09/30/16 | | 230.00 | 54,000.71 |
| 10/3 | | Health Human Svc Inv-Paymts 17606652802000 5\Ge~1~0\ea~1~000000001\ | 1,645.22 | | |
| 10/3 | | Uhc Community Pl Hcclaimpmt xxxxxx5280 Tm*1*2016092913100175*1912008381*0000Tex01\ | 7,422.16 | | |
| 10/3 | | Uhc Community Pl Hcclaimpmt xxxxxx5280 Tm*1*2016093017500104*1912008361*0000Tex01\ | 14,349.32 | | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibegj572Dx on 10/01/16 | | 53,500.00 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibenb85Rdl on 10/01/16 | | 400.00 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3387 Ref #Ibekf7Pfcb on 10/03/16 | | 797.13 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe5Szqdlm on 10/03/16 | | 4,243.12 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibev4D5947 on 10/03/16 | | 18,000.00 | 477.16 |
| 10/4 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3793883*1201494502\ | 1,345.96 | | |
| 10/4 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3387 Ref #Ibekf7Wk58 on 10/04/16 | | 1,600.00 | |
| 10/4 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Iber7Bw2J4 on 10/04/16 | | 200.00 | 23.12 |
| 10/5 | | Uhc Community Pl Hcclaimpmt xxxxxx5280 Tm*1*2016100112900056*1912008381*0000Tex01\ | 707.56 | | |
| 10/5 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3799356*1201494502\ | 1,030.16 | | |
| 10/5 | | Health Human Svc Inv-Paymts 17606652802000 8\Ge~1~0\ea~1~000000001\ | 1,641.97 | | |
| 10/5 | | Uhc Community Pl Hcclaimpmt xxxxxx5280 Tm*1*2016100211600327*1812008361*0000Tex01\ | 2,724.69 | | |
| 10/5 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibekf8Ccp7 on 10/05/16 | | 120.00 | |
| 10/5 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3387 Ref #Iber7Cqjtn on 10/05/16 | | 690.12 | 5,317.36 |
| 10/6 | | Amerigroup Corpo Hcclaimpmt 161004 016100410700053 Tm*1*016100410700053*1752603231\ | 1,071.50 | | |
| 10/6 | | Uhc Community Pl Hcclaimpmt xxxxxx5280 Tm*1*2016100513500793*1912008361*0000Tex01\ | 37,356.14 | | 43,745.02 |

# Wells Fargo Simple Business Checking

Account number: ●●●●●●1627  ▪  September 29, 2016 - October 28, 2016  ▪  Page 1 of 7



ASSIST-MED INC
DEBTOR IN POSSESSION
CH 11 CASE #16-31624(STX)
2000 S DAIRY ASHFORD RD STE 450
HOUSTON TX 77077-5728

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/29 | $23.49 |
| Deposits/Credits | 516,055.95 |
| Withdrawals/Debits | - 396,061.58 |
| **Ending balance on 10/28** | **$120,017.86** |
| Average ledger balance this period | $27,959.93 |

Account number: ●●●●●●1627

**ASSIST-MED INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #16-31624(STX)**
*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▓▓▓▓1627  ▪  September 29, 2016 - October 28, 2016  ▪  Page 2 of 7



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 9/29 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3764555*1201494502\ | 486.02 | | |
| 9/29 | | Amerigroup Corpo Hcclaimpmt 160927 016092711300043 Trn*1*016092711300043*1752603231\ | 727.05 | | |
| 9/29 | | Amerigroup Corpo Hcclaimpmt 160927 016092711600134 Trn*1*016092711600134*1752603231\ | 2,490.04 | | |
| 9/29 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3782669*1201494502\ | 9,423.57 | | |
| 9/29 | | Health Human Svc Inv-Paymts 17606852802000 189\Ge~1~0\ea~1~000000001\ | 21,842.15 | | |
| 9/29 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibe5Sy38Tj on 09/29/16 | | 1,000.00 | |
| 9/29 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibexzd2Gx2 on 09/29/16 | | 33,950.00 | 42.32 |
| 9/30 | | Uhc Community Pl Dir Dep xxxxx5280 Trn*1*2016092816600698*1912008361*0000Tex01\ | 433.20 | | |
| 9/30 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3766117*1201494502\ | 8,519.80 | | |
| 9/30 | | Health Human Svc Inv-Paymts 17606852802000 269\Ge~1~0\ea~1~000000001\ | 45,235.39 | | |
| 9/30 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #becm3Jvfj on 09/30/16 | | 230.00 | 54,000.71 |
| 10/3 | | Health Human Svc Inv-Paymts 17606852802000 5\Ge~1~0\ea~1~000000001\ | 1,645.22 | | |
| 10/3 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016092913100175*1912008361*0000Tex01\ | 7,422.16 | | |
| 10/3 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016093017500104*1912008361*0000Tex01\ | 14,349.32 | | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibegj572Dx on 10/01/16 | | 53,500.00 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibenb85Rdl on 10/01/16 | | 400.00 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibekf7Pfcb on 10/03/16 | | 797.13 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe5Szqdlm on 10/03/16 | | 4,243.12 | |
| 10/3 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibev4D5947 on 10/03/16 | | 18,000.00 | 477.16 |
| 10/4 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3793883*1201494502\ | 1,345.96 | | |
| 10/4 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibekf7Wk56 on 10/04/16 | | 1,600.00 | |
| 10/4 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Iber7Bw2J4 on 10/04/16 | | 200.00 | 23.12 |
| 10/5 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016100112900056*1912008361*0000Tex01\ | 707.58 | | |
| 10/5 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3799356*1201494502\ | 1,030.16 | | |
| 10/5 | | Health Human Svc Inv-Paymts 17606852802000 8\Ge~1~0\ea~1~000000001\ | 1,641.97 | | |
| 10/5 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016100211600327*1912008361*0000Tex01\ | 2,724.69 | | |
| 10/5 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibekf9Ccp7 on 10/05/16 | | 120.00 | |
| 10/5 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Iber7Ccjtn on 10/05/16 | | 690.12 | 5,317.38 |
| 10/6 | | Amerigroup Corpo Hcclaimpmt 161004 016100410700053 Trn*1*016100410700053*1752603231\ | 1,071.50 | | |
| 10/6 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016100513500793*1912008361*0000Tex01\ | 37,356.14 | | 43,745.02 |

Account number: ███████1627  ▪  September 29, 2016 - October 28, 2016  ▪  Page 3 of 7



WELLS
FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 10/7 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016100614600380*1912008361*0000Tex01\ | 298.20 | | |
| 10/7 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibecm5W893 on 10/07/16 | | 500.00 | |
| 10/7 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibev4Fbf8K on 10/07/16 | | 1,000.00 | |
| 10/7 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibev4Fbf93 on 10/07/16 | | 15,000.00 | 27,543.22 |
| 10/11 | | Amerigroup Corpo Hcclaimpmt 161006 016100815000015 Trn*1*016100815000015*1752603231\ | 609.04 | | |
| 10/11 | | Amerigroup Corpo Hcclaimpmt 161006 016100811400223 Trn*1*016100811400223*1752603231\ | 1,929.59 | | |
| 10/11 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016100713800472*1912008361*0000Tex01\ | 2,628.08 | | |
| 10/11 | | Health Human Svc Inv-Paymts 17606652802000 2\Ge~1~0\Vea~1~000000001\ | 5,626.85 | | |
| 10/11 | | Health Human Svc Inv-Paymts 17606652802000 347\Ge~1~0\Vea~1~000000001\ | 24,473.65 | | |
| 10/11 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibenbbi9Hs on 10/07/16 | | 1,500.00 | |
| 10/11 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibegj84P8P on 10/10/16 | | 2,628.08 | |
| 10/11 | | Withdrawal Made In A Branch/Store | | 5,169.68 | 53,512.67 |
| 10/12 | | Health Human Svc Inv-Paymts 17606652802000 Ge~1~0\Vea~1~000000001\ | 493.24 | | |
| 10/12 | | Amerigroup Corpo Hcclaimpmt 161008 016100818300795 Trn*1*016100818300795*1752603231\ | 733.60 | | |
| 10/12 | | Amerigroup Corpo Hcclaimpmt 161008 016100813900402 Trn*1*016100813900402*1752603231\ | 2,899.84 | | |
| 10/12 | | Amerigroup Corpo Hcclaimpmt 161007 016100714500097 Trn*1*016100714500097*1752603231\ | 2,910.85 | | |
| 10/12 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016100816700518*1912008361*0000Tex01\ | 3,185.98 | | |
| 10/12 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibegj8Jljn on 10/12/16 | 540.00 | | |
| 10/12 | | Bill Pay Verizon Wireless on-Line xxxxxxxxxx00001 on 10-12 | | 543.45 | 63,512.73 |
| 10/13 | | Amerigroup Corpo Hcclaimpmt 161011 016101110800181 Trn*1*016101110800181*1752603231\ | 877.70 | | |
| 10/13 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016100912200540*1912008361*0000Tex01\ | 3,460.04 | | |
| 10/13 | | Amerigroup Corpo Hcclaimpmt 161011 016101111000087 Trn*1*016101111000087*1752603231\ | 3,629.98 | | |
| 10/13 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016101212400010*1912008361*0000Tex01\ | 11,869.68 | | |
| 10/13 | | Health Human Svc Inv-Paymts 17606652802000 309\Ge~1~0\Vea~1~000000001\ | 67,500.47 | | |
| 10/13 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibev4Gs4D4 on 10/13/18 | 543.45 | | |
| 10/13 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe5Q5Vk5x on 10/13/16 | | 6,646.02 | |
| 10/13 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe5T4Ktb3 on 10/13/16 | | 140,000.00 | 4,788.03 |
| 10/14 | | Amerigroup Corpo Hcclaimpmt 161012 016101211401329 Trn*1*016101211401329*1752603231\ | 537.10 | | |
| 10/14 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3819293*1201494502\ | 4,976.60 | | |
| 10/14 | | Bill Pay ADT Conroe Offic on-Line xx82147 on 10-14 | | 8.57 | |
| 10/14 | | Bill Pay Comcast Houston on-Line Xxxxxxxxxxx91154 on 10-14 | | 373.25 | |
| 10/14 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe5T4Qq8K on 10/14/16 | | 5,000.00 | |
| 10/14 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibe8Q65V8Y on 10/14/16 | | 2,098.28 | |

Account number: ▓▓▓▓▓1627 ▪ September 29, 2016 - October 28, 2016 ▪ Page 4 of 7



WELLS FARGO

---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 10/14 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibekfbpxwz on 10/14/16 | | 1,376.68 | 1,426.97 |
| 10/17 | | Health Human Svc Inv-Paymts 17806652802000 Ge~1~0\iea~1~000000001\ | 655.49 | | |
| 10/17 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016101410100102*1912008361*0000Tex01\ | 31,484.76 | | |
| 10/17 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3826686*1201494502\ | 412.48 | | |
| 10/17 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3827623*1201494502\ | 537.18 | | |
| 10/17 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3823163*1201494502\ | 18,004.76 | | |
| 10/17 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Iber7Ga3C8 on 10/17/16 | | 41,000.00 | |
| 10/17 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibekfcsnyn on 10/17/16 | | 7,533.46 | 3,968.18 |
| 10/18 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibenbflnmb on 10/18/16 | | 500.00 | 3,468.18 |
| 10/20 | | Health Human Svc Inv-Paymts 17806652802000 0\Ge~1~0\iea~1~000000001\ | 1,070.85 | | |
| 10/20 | | Amerigroup Corpo Hcclaimpmt 161018 016101811200265 Trn*1*01610181200265*1752603231\ | 1,700.16 | | |
| 10/20 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016101911600532*1912008361*0000Tex01\ | 14,877.88 | | |
| 10/20 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibenbg68B6 on 10/20/16 | | 164.76 | 20,952.31 |
| 10/21 | | Amerigroup Corpo Hcclaimpmt 161019 016101911601596 Trn*1*01610191601596*1752603231\ | 196.50 | | |
| 10/21 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016102018800285*1912008361*0000Tex01\ | 5,068.84 | | |
| 10/21 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibev4Kjm8N on 10/21/16 | | 8,000.00 | |
| 10/21 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibekff3Xdr on 10/21/16 | | 215.00 | 18,002.65 |
| 10/24 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3847307*1201494502\ | 1,238.37 | | |
| 10/24 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibe5T7Mvrv on 10/24/16 | | 750.00 | |
| 10/24 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3367 Ref #Ibenbh5Ca3 on 10/24/16 | | 17,500.00 | |
| 10/24 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibecmbqm87 on 10/24/16 | | 930.00 | |
| 10/24 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibenbh5Df3 on 10/24/16 | | 41.00 | 18.02 |
| 10/25 | | Molina Hc of TX Molina Hc Pn1255388757 Trn*1*EFT3849941*1201494502\ | 492.00 | | |
| 10/25 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016102214500090*1912008361*0000Tex01\ | 1,805.00 | | |
| 10/25 | | Amerigroup Corpo Hcclaimpmt 161021 016102112200216 Trn*1*01610211220216*1752603231\ | 2,160.53 | | |
| 10/25 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Trn*1*2016102115400271*1912008361*0000Tex01\ | 6,859.00 | | |
| 10/25 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibenbhgf3M on 10/25/16 | | 750.00 | 10,584.55 |
| 10/26 | | Health Human Svc Inv-Paymts 17806652802000 0\Ge~1~0\iea~1~000000001\ | 5,438.63 | | |
| 10/26 | | Health Human Svc Inv-Paymts 17806652802000 286\Ge~1~0\iea~1~000000001\ | 70,092.15 | | |
| 10/26 | | Online Transfer to Briggs R Savings xxxxxx3415 Ref #Ibe8Q9P95Q on 10/26/16 | | 17,500.00 | |
| 10/26 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5231 Ref #Ibev4Lp8F4 on 10/26/16 | | 550.00 | 68,065.33 |





## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|---------|---------|
| 10/27 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3857970*1201494502\ | 531.48 | | |
| 10/27 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Tm*1*20161026129004111*1912008361*0000Tex01\ | 1,646.16 | | |
| 10/27 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3855153*1201494502\ | 4,657.19 | | |
| 10/27 | | Health Human Svc Inv-Paymts 17606652802000 082\Ge~1~0\Iea~1~000000001\ | 22,487.91 | | 97,388.07 |
| 10/28 | | Amerigroup Corpo Hcclaimpmt 161026 016102218701781 Tm*1*016102218701781*1752603231\ | 2,534.88 | | |
| 10/28 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Tm*1*2016102711700322*1912008361*0000Tex01\ | 9,339.32 | | |
| 10/28 | | Amerigroup Corpo Hcclaimpmt 161026 016102215100123 Tm*1*016102215100123*1752603231\ | 14,810.59 | | |
| 10/28 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibecmctq3L on 10/28/16 | | 4,050.00 | |
| 10/28 | | Transactions Fee | | 5.00 | 120,017.86 |
| **Ending balance on 10/28** | | | | | **120,017.86** |
| **Totals** | | | **$516,055.95** | **$396,061.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/29/2016 - 10/28/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | **Minimum required** | **This fee period** |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $27,660.00 ☑ |
| C1/C1 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 60 | 50 | 10 | 0.50 | 5.00 |
| **Total service charges** | | | | | **$5.00** |

 # IMPORTANT ACCOUNT INFORMATION

It's important for you to have peace of mind

Account number:  ▓▓▓▓627  ▪  October 29, 2016 - October 31, 2016  ▪  Page 2 of 4



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/31 | | Amerigroup Corpo Hcclaimpmt 161027 016102710800042 Tm*1*016102710800042*1752603231\ | 681.20 | | |
| 10/31 | | Uhc Community Pl Hcclaimpmt xxxxx5280 Tm*1*2016102815600353*1912008361*0000Tex01\ | 48,402.52 | | |
| 10/31 | | Molina Hc of TX Molina Hc Pn1255388757 Tm*1*EFT3862367*1201494502\ | 16,426.21 | | |
| 10/31 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx5597 Ref #Ibev4Mrw4R on 10/30/16 | | 600.00 | |
| 10/31 | | Online Transfer to Assist-Med Inc Business Checking xxxxxx3387 Ref #Ibekfhfxgk on 10/31/16 | | 120,000.00 | |
| 10/31 | | Online Transfer to Assist-Med Inc Business Market Rate Savings xxxxxx9577 Ref #Ibe8Qbvqcj on 10/31/16 | | 31,000.00 | 33,929.79 |
| **Ending balance on 10/31** | | | | | **33,929.79** |
| **Totals** | | | **$65,511.93** | **$151,600.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/29/2016 - 10/31/2016 | | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any ONE of the following account requirements | | | |
| · Average ledger balance | | $500.00 | $91,322.00 ☑ |
| C1/C1 | | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Wells Fargo Simple Business Checking

Account number: ●●●●●5597  ▪  October 26, 2016 - October 31, 2016  ▪  Page 1 of 4



ASSIST-MED INC
DEBTOR IN POSSESSION
CH 11 CASE #16-31624(STX)
2000 S DAIRY ASHFORD RD STE 450
HOUSTON TX 77077-5728

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business
credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

### Account options

*A check mark in the box indicates you have these convenient
services with your account(s).  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/26 | $919.01 |
| Deposits/Credits | 600.00 |
| Withdrawals/Debits | - 1,423.51 |
| **Ending balance on 10/31** | **$95.50** |
| Average ledger balance this period | $17.78 |

Account number:  ●●●●●5597

**ASSIST-MED INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #16-31624(STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number:   ■■■■5597   ▪   October 26, 2016 - October 31, 2016   ▪   Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 10/26 | | Purchase authorized on 10/25 Txdps Crime Recs 512-424-2090 TX S586299723311357 Card 2835 | | 51.38 | |
| 10/26 | | Purchase authorized on 10/25 Txdps Crime Recs 512-424-2090 TX S306299727603069 Card 2835 | | 25.82 | |
| 10/26 | | Purchase authorized on 10/25 Txdps Crime Recs 512-424-2090 TX S586299734128638 Card 2835 | | 25.82 | 815.99 |
| 10/27 | | Purchase authorized on 10/26 Staples Direct 800-3333330 CT S386299780361842 Card 2835 | | 26.28 | |
| 10/27 | | Purchase authorized on 10/26 Staples Direct 800-3333330 CT S306299786401047 Card 2835 | | 137.19 | |
| 10/27 | | Purchase authorized on 10/26 Intermedia.Net Inc 212-3758361 NY S386300461282473 Card 2835 | | 427.95 | |
| 10/27 | | Purchase authorized on 10/26 Ta # 17 Baytown Baytown TX S386300667005313 Card 6236 | | 5.53 | 219.04 |
| 10/28 | | Purchase authorized on 10/26 Office Depot #1127 800-463-3768 TX S386299790868541 Card 2835 | | 266.80 | |
| 10/28 | | Purchase authorized on 10/27 Family Dollar #113 Galveston TX S466301682250494 Card 2835 | | 3.17 | |
| 10/28 | | Purchase authorized on 10/28 Ntb #846 Houston TX P00496302852061480 Card 6236 | | 290.39 | -341.32 |
| 10/31 | | Overdraft Fee for a Transaction Posted on 10/26 $266.80 Purchase Authori Zed on 10/26 Office Depot #1127 800-463- | | 35.00 | |
| 10/31 | | Overdraft Fee for a Transaction Posted on 10/28 $3.17 Purchase Authori Zed on 10/27 Family Dollar #113 Galvesto | | 35.00 | |
| 10/31 | | Overdraft Fee for a Transaction Posted on 10/28 $290.39 Purchase Authori Zed on 10/28 Ntb #846 Houston | | 35.00 | |
| 10/31 | | Online Transfer From Assist-Med Inc Business Checking xxxxxx1827 Ref #Ibev4Mrw4R on 10/30/16 | 600.00 | | |
| 10/31 | | Purchase authorized on 10/27 Office Depot #5910 800-463-3768 PA S586299790870733 Card 2835 | | 7.57 | |
| 10/31 | | Purchase authorized on 10/30 Heb #551 Houston TX S586305172372426 Card 2835 | | 50.61 | 95.50 |
| Ending balance on 10/31 | | | | | 95.50 |
| **Totals** | | | **$600.00** | **$1,423.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted   If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account

| Fee period 10/26/2016 - 10/31/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| The bank has waived the fee for this fee period | | |
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| Average ledger balance | $500.00 | $18.00 ☐ |

C1/C1

Account number: ▉▉▉▉5597 ▪ October 26, 2016 - October 31, 2016 ▪ Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 IMPORTANT ACCOUNT INFORMATION

It's important for you to have peace of mind.

We want to ensure you're comfortable with your accounts and have the tools you need to manage your money. We recommend you visit your local Wells Fargo bank location, or call the toll-free number that appears on this statement, to make sure you are satisfied with all your accounts and services.

We'll spend time understanding your financial needs and reviewing your accounts and options. We'll also help you close any accounts or discontinue services you do not recognize or want, and discuss the process that's been established to address any remaining concerns resulting from accounts and services opened on your behalf.